UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                    CASE NO.: 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,          CHAPTER 11

    Debtor.

_____/

## MOTION BY TRUSTEE STETTIN TO COMPEL QTASK, INC.'S COMPLIANCE WITH 2004 NOTICE OF DEPOSITION.

Herbert Stettin, Chapter 11 Trustee ("Trustee") of Rothstein Rosenfeldt Adler, P.A. ("RRA") moves pursuant to 11 U.S.C.§105(a) and Federal Rules of Bankruptcy Procedure 2004 and 9016(e) to compel Qtask, Inc. ("Qtask") to comply with the valid 2004 Notice of Deposition and Subpoena Duces Tecum issued upon it (the "Motion"), and states:

    1.    Qtask is the maker, designer and host of a web-based computer system, located in California, which was used by RRA's attorneys and staff as a supplement to its in-house computer system. Specifically, Qtask users access its software through an internet page with a log in username and password. Qtask "projects" allow its users to store and share files, participate in discussion threads, make calendars, schedule meetings, coordinate work and create knowledge banks referred to as "wikis." Critically, Qtask allows its users to post messages to other users on discussion threads and to conduct private discussions within Qtask. All data in Qtask is maintained on servers which are exclusively controlled and maintained by Qtask or its agents. Presently, Stettin has only very limited access to Qtask, except as described below.[1]

_____

[1] Scott Rothstein invested in Qtask through AAMM Holdings, LLC. Rothstein's holdings of Qtask are subject to forfeiture. *See* Stipulation and Settlement Agreement dated January 26, 2010, (Case No. 09-60331-JIC S.D. Fla. 2009).

2590131-1 BERGER SINGERMAN    *Boca Raton   Fort Lauderdale   Miami   Tallahassee*
attorneys at law
350 East Las Olas Boulevard   Suite 1000   Fort Lauderdale, Florida 33301   Telephone 954·525·9900   Facsimile 954·523·2872

2.      Once Stettin learned that RRA attorneys and staff were using the Qtask system exclusive of the in-house RRA computer system, he caused a Subpoena for Rule 2004 Examination Duces Tecum to be served upon Qtask, which required its corporate representative to appear for deposition on December 22, 2009. (Exhibit A).   Qtask's CEO, Russell Mix ("Mix"), agreed to accept service of the subpoena by e-mail. (Exhibit B).

3.      Stettin believes critical investigatory discussion threads and private messages sent between and among Scott Rothstein ("Rothstein"), his lawyers and senior staff, and others potentially involved in the RRA Ponzi Scheme exist on the Qtask server.  This is best proven by the fact that Rothstein used Qtask, and on July 2, 2008, he wrote to Russell Adler, David Boden, Stuart Rosenfeldt, Carlos Reyes, Carl Linder, Grant Smith, Steven Lippman, Les Stracher and Marc Nurik and directed in Project: RRA Shareholders, Shareholder Chat:

> *"russ....please go to each shareholder and personally show them how to get on the system. please tell them that i specifically asked you to assist as i want everyone on qtask for all confidential shareholder data. for those of you that do not know...this is the only secure system we can chat on......email is not secure and can be read by i.t."* (Exhibit C)

4.      On August 5, 2007, Rothstein wrote to Russell Adler on Project: RRA Lobby, RRA Lobby General Chat on 8/5/07:

> *"radler.....invite george and frank to our other projects so they can complete their due diligence and so we can move forward at a faster pace. thanks, ciao."* (Exhibit D).

5.      Further, demonstrating the potential breadth of relevant communications that could be located on Qtask, on April 12, 2008, General Chat, Rothstein wrote:

> *"i plan on burning my cell phone and simply buying a new one as soon as the meeting is over......i suggest new york as it some place we can have a little fun and also be away from any distraction other than the distractions we want..... your thoughts.*
> *also, met with doug van allman....friend of mine and client that sold his hair care business to redken for just over a billion dollars. he is amazed by qtask and we should probably get him a demo by reichart.......*

2590131-1 BERGER  SINGERMAN   *Boca Raton   Fort Lauderdale   Miami   Tallahassee*
attorneys at law

350 East Las Olas Boulevard   Suite 1000   Fort Lauderdale, Florida 33301   Telephone 954-525-9900   Facsimile 954-523-2872

*he started a hedge fund over the last few years and is looking for solid investments......we can count on him to always do the right thing as 500 million of the money in the hedge fund right now is his personal money. your thoughts. keep me posted. ciao"* (Exhibit E).

6. Rothstein's July 2, 2008 communication stated that he wanted to use Qtask for secure confidential shareholder discussions. It is vital that Stettin be permitted to review these discussions in order to fully execute his fiduciary duties and investigate the Debtor's overall financial condition.

7. Stettin has made repeated efforts through telephone and e-mail to obtain the cooperation of Mix and Qtask's compliance with the Rule 2004 Subpoena and Notice of deposition. Stettin has been completely stonewalled by Qtask, as Mix has repeatedly promised the documents would be "in the mail tomorrow." In sum, Qtask has entirely failed to produce any responsive documents. *See* e-mails between counsel for Stettin and Mix, attached as Composite Exhibit F.

8. Stettin hereby states that prior to the filing of this motion, counsel for Stettin attempted to communicate with Qtask in a good faith effort to resolve by agreement the issues raised in this motion, but that the parties were unable to resolve the dispute.

9. Accordingly, pursuant to §105(a) and Fed. R. Bankr. P. 9016 and 2004 Stettin requests that Qtask be compelled to produce the requested documents and that its representative be made available for examination. Stettin further requests that the Court consider the imposition of sanctions should Qtask fail to follow this Court's order.

**WHEREFORE,** Herbert Stettin, Trustee, respectfully requests this Court enter an order: (1) compelling Qtask to produce all documents responsive to the valid 2004 Subpeona and Notice of Deposition; (2) setting a date certain for compliance, including a deposition date; (3)

permitting the use of a video conference deposition; and (4) granting any other relief as the Court may deem just and appropriate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Regular U.S. Mail, postage prepaid, fax, email and/or overnight delivery upon all parties on the attached Service List this 9th day of February, 2010.

Dated: February 9, 2010

Respectfully submitted,

BERGER SINGERMAN
Attorneys for Debtor
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Direct:      (954) 712-5138
Facsimile:  (954) 523-2872

By:  _/s/  Paul S. Singerman_
       Charles H. Lichtman
       Florida Bar No.  501050
       clichtman@bergersingerman.com
       Paul S. Singerman
       Florida Bar No.  378860
       psingerman@bergersingerman.com

## SERVICE LIST
## CASE NO.: 09-34791-BKC-RBR

Marianella Morales, Esquire
Authorized Agent For Joining Creditors
Avenida Francisco de Miranda
Torre Provincial "A"
Piso 8
Caracas, Venezuela
**(VIA EMAIL)**

John H. Genovese, Esq. **(VIA CM/ECF)**
Robert F. Elgidely, Esq.
Theresa M.B. Van Vliet, Esq.
Genovese Joblove & Battista, PA
Bank Of America Tower at International Place
100 S.E. 2nd Street
Suite 4400
Miami, Florida 33131
Phone: (305) 349-2300
Fax (305) 349-2310

Kendall Coffey, Esq. **(VIA EMAIL)**
Coffey Burlington,
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
kcoffey@coffeyburlington.com

The Honorable Herbert M. Stettin
One Biscayne Tower
Suite 3700
Two South Biscayne Boulevard
Miami, Florida 33131

John G. Bianco, Esq. **(VIA CM/ECF)**
John M. Mulli, Esquire
Tripp Scott
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Fl. 33301
jgb@trippscott.com

Alison W. Lehr **(VIA EMAIL)**
Assistant United States Attorney
99 N.E. 4th Street
7th Floor
Miami, Florida 33132
Phone: (305) 961-9176
Fax: (305) 536-7599
Alison.Lehr@usdoj.gov

Stuart A. Rosenfeldt, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, PA
401 East Las Olas Boulevard
Suite 1650
Fort Lauderdale, Florida 33301
srosenfeldt@rra-law.com

Jeffrey R. Sonn, Esq. **(VIA EMAIL)**
Sonn & Erez, PLC
Broward Financial Center
500 E. Broward Boulevard
Suite 1600
Fort Lauderdale, Florida  33394
Phone: (954) 763-4700
Fax (954) 763-1866
jsonn@sonnerez.com

Office of the US Trustee **(VIA CM/ECF)**
51 Southwest First Avenue
Suite 1204
Miami, Florida  33130

Thomas Tew, Esq. **(VIA EMAIL)**
Lynn Maynard Gollin, Esq.
Tew-Cardenas, LLP
Four Seasons Tower
15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407
tt@tewlaw.com
lmg@tewlaw.com

2441794-1

Conrad & Scherer, LLP **(VIA EMAIL)**
633 South Federal Highway
Fort Lauderdale, FL 33301
Tel: 954-462-5500
bs@conradscherer.com
JSilver@conradscherer.com

Michael D. Seese, Esq. **(VIA EMAIL)**
Hinshaw & Culbertson, LLP
1 E Broward Blvd Ste 1010
Ft Lauderdale, Florida 33301
Tel: 954.4677900
Fax: 954.4671024
mseese@hinshawlaw.com

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114
**(Via U.S. Mail)**

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL 33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406
**(Via U.S. Mail)**

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl 33130
Fax: (305) 530-7139
**(Via U.S. Mail)**

Grant J. Smith, Esq. **(VIA EMAIL)**
Rothstein Rosenfeldt Adler, P.A.
401 East Las Olas Blvd
Suite 1650
Fort Lauderdale, FL 33301
gsmith@rra-law.com

United Healthcare
Dept. CH 10151
Palatine, IL 60055
**(Via US Mail)**

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906
**(Via U.S. Mail)**

The Honorable Eric H. Holder, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC 20530-0001
**(Via U.S. Mail)**

Honorable Jeffrey H. Sloman,
Acting U.S. Attorney
99 NE 4th Street
Miami, Fl 33132
**(Via U.S. Mail)**

Daniel Mink
Ovadia Levy
c/o Renato Watches, Inc
14051 NW 14th Street
Sunrise, Florida 33323
**((Via U.S. Mail)**

William George Salim, Jr. **(VIA CM/ECF)**
Moskowitz Mandell & Salim
800 Corporate Dr Ste 510
Fort Lauderdale, Florida 33334
wsalim@mmsslaw.com
Tel: 954.491-2000
Fax: 954.4912051

USI **(VIA EMAIL)**
Attn: Anthony Gruppo
200 West Cypress Creek Road
Suite 500
Fort Lauderdale, FL 33309
Tel: 954-607-4000
Anthony.gruppo@usi.biz

Marc Nurik, Esq. **(VIA EMAIL)**
1 East Broward Blvd
Suite 700
Fort Lauderdale, FL 33301
marc@nuriklaw.com

BAST AMRON LLP **(VIA CM/ECF)**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: (305) 379-7904
Facsimile: (305) 379-7905
bamron@bastamron.com
jbast@bastamron.com

Mark Bloom, Esq. **(VIA EMAIL)**
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
T 305.579.0500
F 305.579.0717
bloomm@gtlaw.com

Robert D. Critton, Esq.  **(VIA EMAIL)**
Burman, Critton, Luttier & Coleman
303 Banyan Blvd., Suite 400
West Palm Beach, FL 33401
rcrit@bclclaw.com

Roth & Scholl **(VIA EMAIL)**
Attn: Jeffrey C. Roth, Esq.
Attorneys For Creditor Blue
Capital Us East Coast Properties, L.P.
866 South Dixie Highway
Coral Gables, Fl 33146
Telephone: (305) 662-4141
jeff@rothandscholl.com

Rogers, Morris & Ziegler, LLP **(VIA EMAIL)**
1401 East Broward Blvd
Suite 300
Fort Lauderdale, FL 33301
Tel: (954) 462-1431
Fax: (954) 763-2692
mfbooth@rmzlaw.com

Arthur C. Neiwirth, Esq. **(VIA CM/ECF)**
One E. Broward Blvd., Suite 1400
Ft. Lauderdale, FL 33301
Tel: (954) 523-7008
Fax: (954) 523-7009
aneiwirth@qpwblaw.com

The Florida Bar **(VIA EMAIL)**
Adria E. Quintela, Esq.
Alan Anthony Pascal, Esq.
Lake Shore Plaza II
1300 Concord Terrace, Suite 130
Sunrise, FL 33323
aquintel@flabar.org
apascal@flabar.org

Micheal w. Moskowitz, Esq. **(VIA E-MAIL)**
800 Corporate Drive, Suite 500
Ft. Lauderdale, FL 33234
mmoskowitz@mmsslaw.com

Francis L. Carter, Esq. **(VIA E-MAIL)**
Katz Barron Squitero Faust
2699 S. Bayshore Drive, 7th Floor
Miami, Florida 33133
Tel: 305-856-2444
Fax: 305-285-9227
flc@katzbarron.com

Bradley S. Shraiberg, Esq. **(VIA EMAIL)**
2385 NW Executive Drive
Suite 300
Boca Raton, Florida 33431
Tel: 561-443-0800
Fax: 561-998-0047
bshraiberg@sfl-pa.com

Henry S. Wulf, Esq. **(VIA EMAIL)**
CARLTON FIELDS, P.A.
525 Okeechobee Blvd., Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
E-Mail: hwulf@carltonfields.com

EMESS Capital, LLC **(VIA EMAIL)**
c/o Bruce A. Katzen, Esq.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
E-Mail: bkatzen@klugerkaplan.com

Ira Sochet, Trustee **(VIA EMAIL)**
Revocable Intervivos Trust of Ira Sochet
c/o Phil Hudson, Esq.
200 South Biscayne Blvd, Suite 3600
Miami, Florida 33130
Telephone: (305) 374-3330
Facsimile: (305) 374-4744
E-Mail: pmhudson@arnstein.com

Coquina Investments **(VIA EMAIL)**
c/o Patricia A. Redmond, Esq.
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3553
Facsimile: (305) 789-3395
E-Mail: predmond@stearnsweaver.com

Michael I. Goldberg, Esq. **(VIA EMAIL)**
Las Olas Centre - Suite 1600
350 East Las Olas Blvd
Fort Lauderdale, FL 33301
Telephone: (305) 463-2700
Facsimile: (305) 463-2224
E-Mail: Michael.goldberg@akerman.com

LMB Funding Group **(VIA EMAIL)**
c/o Robert C. Furr, Esq.
2255 Glades Road, Suite 337W
Boca Raton, Florida 33431
Telephone: (561) 395-0500

Facsimile: (561) 338-7532
E-Mail: rfurr@furrcohen.com

Lawrence A. Gordich, Esq. **(VIA EMAIL)**
Melissa Alagna, Esq.
701 Brickell Ave
Suite 1900
Miami, Florida 33131
Telephone: (305) 789-2700
Facsimile: (305) 789-2727
Email: Lawrence.gordich@ruden.com
Email: Melissa.alagna@ruden.com

Broward County **(VIA EMAIL)**
Attn: Hollie N. Hawn, Esq.
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 357-7600
Facsimile: (954) 357-7641
E-Mail: hhawn@broward.org

Steven J. Solomon, Esq. **(VIA EMAIL)**
Gray Robinson, P.A.
1221 Brickell Ave, Suite 1600
Miami, Florida 33131
E-Mail – steven.solomon@gray-robinson.com

Peter F. Valori, Esq. **(VIA EMAIL)**
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
E-mail: pvalori@dvllp.com

Canon Financial Services, Inc.
158 Gaither Drive, #200
Mount Laurel, NJ 08054
**(Via US Mail)**

2441794-1

CIT Technology Financing Services I,
LLC
10201 Centurion Parkway North
Jacksonville, FL 32256
**(Via US Mail)**

Gibraltar Private Bank & Trust
Company
220 Alhambra Circle, Suite 500
Coral Gables, FL 33134
**(Via US Mail)**

Inter-Tel Leasing, Inc.
1140 West Loop North
Houston, TX 77055
**(Via US Mail)**

Florida Department of Revenue
501 S. Calhoun Street
Room 201
Carlton Building
Tallahassee, FL 32399
**(Via US Mail)**

Leon County Tax Collector
315 S. Calhoun Street
Suite 210
Tallahassee, FL 32301
**(Via US Mail)**

Miami-Dade County Tax Collectors
140 West Flagler Street, 14th Floor
Miami, FL 33130
**(Via US Mail)**

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715
**(Via US Mail)**

THE LAW OFFICES OF
GEOFFREY D. ITTLEMAN, P.A.
440 North Andrews Avenue
Fort Lauderdale, Florida 33301
Tel: (954)462-8340
Fax: (954) 462-8342

**(Via US Mail)**

Carpenter & Berger, PL
6400 N. Andrew Ave, suite 370
Fort Lauderdale, FL 33309
**(Via US Mail)**

Mr. Russell Mix
Qtask, Inc.
3100 W Burbank Blvd, Suite 101
Burbank, CA 91505-2348
Russell.mix@qtask.com
**(VIA EMAIL)**

2441794-1

# United States Bankruptcy Court
## Southern District of Florida
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

ROTHSTEIN ROSENDFELDT ADLER, P.A.     **SUBPOENA FOR RULE 2004
EXAMINATION** *DUCES TECUM*

Debtor.                                           Case No.[1] 09-34791-RBR
_____/              Chapter 11

To:   Mr. Russell Mix
      Qtask, Inc.,
      3100 W. Burbank Blvd., Suite 101
      Burbank, CA 91505-2348

[X]   YOU ARE COMMANDED to appear and testify at an examination under Bankruptcy Rule
      2004, and Local Rule 2004-1, at the place, date, and time specified below.

| PLACE OF TESTIMONY<br>Berger Singerman, P.A.<br>350 E. Las Olas Blvd., 10th Floor<br>Ft. Lauderdale, Florida 33301 | DATE AND TIME<br><br>December 22, 2009 at 9:30 A.M. |
| --- | --- |

[X]   YOU ARE COMMANDED to produce and permit inspection and copying of the following
      documents or objects at the place, date, and time specified below (list documents or objects):
      **SEE ATTACHED EXHIBIT "A"**

| PLACE<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard, 10th Floor<br>Ft. Lauderdale, Florida 33301 | DATE AND TIME<br><br>December 21, 2009 on or before 5:00<br>P.M. |
| --- | --- |

| ISSUING OFFICER SIGNATURE | TITLE |
| --- | --- |
| ISSUING OFFICER'S NAME (PRINT)<br>Charles H. Lichtman, Esquire | PHONE<br>(954) 712-5138 |
| ADDRESS<br>Berger Singerman, P.A.<br>350 E. Las Olas Blvd., 10th Floor<br>Ft. Lauderdale, Florida 33301 | DATE<br><br>December 8, 2009 |

_____

[1] If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the
district under the case number.

we deliver creative and effective business solutions and counsel


BERGER · SINGERMA
attorneys at law                                     Lauderdale   Miami   Tallahassee


EXHIBIT
A

| PROOF OF SERVICE | | |
|---|---|---|
| DATE | PLACE | |

SERVED

| | SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|---|

| | SERVED BY (PRINT NAME) | TITLE |
|---|---|---|

DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on .

        DATE                   SIGNATURE OF SERVER

                                  ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006, made applicable in cases under the Bankruptcy Code by Rule 9016, Federal Rules of Bankruptcy Procedure; See also Local Rule 2004-1.

we deliver creative and effective business solutions and counsel

BERGER SINGERMAN
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

## (c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises - or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

## (d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

2484543-1

we deliver creative and effective business solutions and counsel

**BERGER SINGERMAN**
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 09-34791-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,                  CHAPTER 11

Debtor.
_____/

## NOTICE OF TAKING RULE 2004 EXAMINATION WITH DUCES TECUM

The Trustee, Herbert Stettin, by and through the undersigned attorney, will examine the Corporate Representative of Qtask, Inc., under oath on **December 22, 2009, beginning at 9:30 a.m., at the offices of Berger Singerman, 350 E. Las Olas Blvd. Suite 1000, Fort Lauderdale, FL 33301.** The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary. [If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination is included with this notice.]

The Examinee is requested to bring to the examination all of the documents described on the attached Exhibit "A" and also subject to the Definitions and Instructions provided below.

we deliver creative and effective business solutions and counsel
BERGER SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

I.    **DEFINITIONS AND INSTRUCTIONS**:

The following definitions shall apply to this Request:

A.    "You" means the Examinee whose deposition is being taken in accordance with this notice.

B.    "RRA" means the law firm of Rothstein Rosenfeldt & Adler, P.A.

C.    "RRA Entity" means any of Scott Walter Rothstein; 29 Bahia, LLC; 235 GC, LLC; 350 LOP #2840; 353BR, LLC; 708 Spangler, LLC; 1012 Broward, LLC; 1198 Dixie, LLC; 1299 Federal, LLC; 2133 IP, LLC, 10630 # 110, LLC; 15158, LLC; AAMG, LLC; AAMG1, LLC; AAMM Holdings, LLC; ABT Investments, LLC; Advanced Solutions, LLC; Bahia Property Management, LLC; Boat Management, LLC; BOSM HOLDINGS, LLC; Bova Prime, LLC; Bova Restaurant Group, LLC; The Bova Group, LLC; Bova Smoke, LLC; BOVCU, LLC; BOVRI, LLC; CI 07, LLC; CI 08, LLC; CI 16, LLC; CI 27, LLC; CSU, LLC; D & D Management & Investment, LLC; D & S Management and Investment, LLC; DJB Financial Holdings, LLC; DYMMU, LLC; Fifth Court Financial, LLC; Full Circle Ft. Lauderdale, LLC; GHW1, LLC; IDNLGEAH, LLC; IS Management, LLC; Judah, LLC; NF Servicing, LLC; NRI 11, LLC; NRI 15, LLC; NS Holdings, LLC; BFHI, LLC; PK Adventures, LLC; PK'S Wild Ride, Ltd.; Rothstein Family Foundation, Inc.; RRA Consulting, Inc.; RRA Goal Line Management, LLC; RRA Sports & Entertainment, LLC; RSA 11th St, LLC; RW Collections, LLC; S&KEA, LLC; SCORH, LLC; VGS, LLC; The Walter Family, LLC; Walter Industries, LLC; WPBRS, LLC; Ren Group, LLC; CCCN, LLC; TB22N, LLC; TLBN, LLC; UG, LLC; SPAC Investments, LLC; GBPT, LLC; RET Group, LLC; REP Group, LLC; REC Group, LLC; REV Group, LLC; VGSI, LLC; QT, LLC; WAWW, LLC; WAWW 2, LLC; WAWW 3, LLC;

we deliver creative and effective business solutions and counsel
BERGER  SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

WAWW 4, LLC; WAWW 5, LLC; WAWW 6, LLC; WAWW 7, LLC; WAWW 8, LLC; WAWW 9, LLC; WAWW 10, LLC; WAWW 11, LLC; WAWW 12, LLC; WAWW 13, LLC; WAWW 14, LLC; WAWW 15, LLC; WAWW 16, LLC; WAWW 17, LLC; WAWW 18, LLC; WAWW 19, LLC; WAWW 20, LLC; WAWW 21, LLC; WAWW 22, LLC; MRISC, LLC; RES Group, LLC; JJ Finance Holdings, LLC; MLC 350, LLC; and JB Boca M Holdings, LLC and includes any and all agents, employees, servants, officers, directors, attorneys and any other person or entity acting or purporting to act on his behalf.

D.    "Person" as used herein means any natural person or any entity, including without limitation any individual, firm, corporation, company, joint venture, trust, tenancy, association, partnership, business, agency, department, bureau, board, commission, or any other form of public, private or legal entity.    Any reference herein to any public or private company, partnership, association, or other entity include such entity's subsidiaries and affiliates, as well as the present and former directors, officers, employees, attorneys, agents and anyone acting on behalf of, at the direction of, or under the control of the entity, its subsidiaries or its affiliates.

E.    "Documents" shall mean the original or copies of any tangible written, typed, printed or other form of recorded or graphic matter of every kind or description, however produced or reproduced, whether mechanically or electronically recorded, draft, final original, reproduction, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, and whether handwritten, typed, printed, photostated, duplicated, carbon or otherwise copied or produced in any other manner whatsoever.    Without limiting the generality of the foregoing, "documents" shall include correspondence, letters, telegrams, telexes, mailgrams, memoranda, including inter-office and intra-office memoranda, memoranda for files, memoranda of telephone or other conversations, including meetings, invoices, reports,

we deliver creative and effective business solutions and counsel

BERGER  SINGERMAN
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

receipts and statements of account, ledgers, notes or notations, notes or memorandum attached to or to be read with any document, booklets, books, drawings, graphs, charts, photographs, phone records, electronic tapes, discs or other recordings, computer programs, printouts, data cards, studies, analysis and other data compilations from which information can be obtained. Copies of documents, which are not identical duplications of the originals or which contain additions to or deletions from the originals or copies of the originals if the originals are not available, shall be considered to be separate documents.

F.    "Documents" shall also include all electronic data storage documents including but not limited to e-mails and any related attachments, electronic files or other data compilations which relate to the categories of documents as requested below. Your search for these electronically stored documents shall include all of your computer hard drives, floppy discs, compact discs, backup and archival tapes, removable media such as zip drives, password protected and encrypted files, databases, electronic calendars, personal digital assistants, proprietary software and inactive or unused computer disc storage areas. All electronically stored information produced shall be produced in its native format, and all requests expressly include requests for all metadata associated with the files to be produced.

G.    "Communications" shall mean any oral or written statement, dialogue, colloquy, discussion or conversation and, also, means any transfer of thoughts or ideas between persons by means of documents and includes an transfer of data from one location to another by electronical or similar means.

H.    "Related to" shall mean, directly or indirectly, refer to, reflect, mention, describe, pertain to, arise out of or in connection with or in any way legally, logically, or factually be connected with the matter discussed.

we deliver creative and effective business solutions and counsel

BERGER SINGERMAN
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

I.    As used herein, the conjunctions "and" and "or" shall be interpreted in each instance as meaning "and/or" so as to encompass the broader of the two possible constructions, and shall not be interpreted disjunctively so as to exclude any information or documents otherwise within the scope of any Request.

J.    Any pronouns used herein shall include and be read and applied as to encompass the alternative forms of the pronoun, whether masculine, feminine, neuter, singular or plural, and shall not be interpreted so as to exclude any information or documents otherwise within the scope of the Request.

K.    Unless otherwise specified herein, the time frame for each Request is from and including January 1, 2006 to the present.

L.    If you content that you are entitled to withhold any responsive document(s) on the basis of privilege or other grounds, for each and every such document specify:

(i)    The type or nature of the document;

(ii)    The general subject matter of the document;

(iii)    The date of the document;

(iv)    The author, addressee, and any other recipient(s) of the document; and

(v)    The basis on which you content you are entitled to withhold the document.

M.    If you assert that any document called for by this request is protected against disclosure as the attorney's work product doctrine or by the attorney-client privilege, you shall provide the following information with respect to such document:

a.    the name and capacity of the person or persons who prepared the documents;

b.    the name and capacity of all addresses or recipients of the original or copies thereof;

c.    the date, if any, borne by the document;

we deliver creative and effective business solutions and counsel

BERGER  SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

d.    a brief description of its subject matter and physical size;

e.    the source of the factual information from which such document was prepared; and

f.    the nature of the privilege claimed.

N.    You must produce all documents within your case, custody or control that are responsive to any of these Requests. A document is deemed within your care, custody or control if you have the right or ability to secure the document or a copy thereof from any other person having physical possession thereof.

O.    If you at any time had possession, custody or control of a document called for under this request and if such document has been lost, destroyed, purged, or is not presently in your possession, custody or control, you shall describe the document, the date of its loss, destruction, purge, or separation from possession, custody or control and the circumstances surrounding its loss, destruction, purge, or separation from possession, custody or control.

P.    All documents produced pursuant hereto are to be produced as they are kept in the usual course of business and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof.

Q.    When appropriate, the singular form of a word should be interpreted in the plural as may be necessary to bring within the scope hereof any documents which might otherwise be construed to be outside the scope hereof.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the examinee, the debtor, the attorney for the debtor and the trustee this 8th day of December, 2009, (i) by electronic mail through the Court's CM/ECF system to those parties who are registered users; and (ii) via first class, U.S. Mail.

we deliver creative and effective business solutions and counsel

BERGER  SINGERMAN
attorneys at law

*Boca Raton    Fort Lauderdale    Miami    Tallahassee*

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court

for the Southern District of Florida and I am in compliance with the additional qualifications to

practice in this court set forth in Local Rule 2090-1(A).

BERGER SINGERMAN
Counsel to Trustee, Herbert Stettin
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Tel.  (954) 525-9900
Direct Line (954) 712 5138
Fax  (954) 523-2872

By:  /s/ Paul Steven Singerman
     Paul Steven Singerman
     Florida Bar No.  378860
     singerman@bergersingerman.com
     Charles H. Lichtman
     Florida Bar No. 501050
     clichtman@bergersingerman.com

AND

GENOVESE, JOBLOVE & BATTISTA, P.A.
Special Litigation Counsel to Trustee,
     Herbert Stettin
David Cimo, Esq.
Florida Bar No. 775400
Direct Line (305) 372- 2439
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131
Tel.  (305) 349-2300
Fax  (305) 349-2310
DCimo@gjb-law.com

we deliver creative and effective business solutions and counsel

BERGER SINGERMAN
attorneys at law

Boca Raton   Fort Lauderdale   Miami   Tallahassee

## EXHIBIT A

1. All contracts, agreements, corporate papers, resolutions or other documents relating to any investment in or equity ownership in Qtask, Inc. by Scott Rothstein, Robert Buschel, Kim Rothstein, RRA and/or any RRA Entity, or any other person Qtask knows or believes may be affiliated with RRA.

2. All contracts and other related documents, including but not limited to bills, invoices, and proof of payment, general ledgers, related to all licenses or agreements for the use of the Qtask software by Scott Rothstein, RRA and or any RRA Entity.

3. All correspondence between Scott Rothstein, or Robert Buschel, or any other party representing on one hand RRA and or any RRA Entity and Russell Mix on the other, including all emails sent to received by, carbon copying or blind copying Russell Mix, at the Russell.Mix@qtask.com email address.

4. All correspondence between Scott Rothstein, or Robert Buschel, or any other party representing on one hand RRA and or any RRA Entity and Baron RK Von Wolfscheild on the other, including all emails sent to received by, carbon copying or blind copying Baron RK Von Wolfscheild at the BRKVW@qtask.com email address.

5. All correspondence between Scott Rothstein, or Robert Buschel, or any other party representing on one hand RRA and or any RRA Entity and Gabriel Blanc-Laine on the other, including all emails sent to received by, carbon copying or blind copying Gabriel Blanc-Laine at the GBL@qtask.com email address.

6. All documents containing user login and access credentials, including indication of access rights and lead/doer classification, for any person given any access to any schedule, project, dashboard, wiki, discussion, calendar, file or task list associated with or relating to Scott Rothstein, RRA or any RRA Entity.

7. All access and/or security logs of every kind showing access and usage activity for any schedule, project, wiki, discussion, calendar, file or task list on any Qtask by the following people:

    (a) Ingrid Saadala
    (b) Marybeth Feiss
    (c) Amy Howard
    (d) Priscilla Naciemiento
    (e) Adeleta Labellos
    (f) Deborah Villegas
    (g) Lea Kaplan

8. All calendars and associated documents relating to, storing, including or holding any information for all calendars relating to Scott Rothstein, RRA and any RRA Entity within Qtask's control, including any documents maintained on any Qtask-controlled servers.

9. All documents containing any data input by any employee, agent or contractor into any schedule, project, dashboard, wiki, calendar, discussion hosted on any Qtask-controlled server.

10. All files and other documents uploaded to any Qtask project, calendar, discussion threat, dashboard, task or wiki, or otherwise stored on any Qtask-controlled server by Scott Rothstein, RRA, and/or any RRA Entity including all "History" and "Details" information for each file or document.

11. All documents reflecting or associated with any tasks for any schedule, project, dashboard, wiki, discussion, calendar, file or task list associated with or related to Scott Rothstein, RRA or any RRA Entity.

12. All files uploaded to Qtask by any user with any access to any schedule, project, dashboard, wiki, discussion, calendar, file or task list associated with or relating to Scott Rothstein, RRA or any RRA Entity, including all "History" and "Details" information for each file.

13. All discussions and discussion threads including all posts at any time on any discussion thread posted by any user with access to any schedule, project, dashboard, wiki, discussion, calendar, file or task list associated with or relating to Scott Rothstein, RRA or any RRA Entity.

14. All documents, information, data of any type added to any schedule, project, dashboard, wiki, discussion, calendar, file or task list associated with or relating to Scott Rothstein, RRA or any RRA Entity.

15. All access logs and activity logs maintained by Qtask for any user of Qtask who was at any time given accesss to any schedule, project, dashboard, wiki, discussion, calendar, file or task list associated with or relating to Scott Rothstein, RRA or any RRA Entity.

16. All document retention, document destruction or document handling policies for Qtask, Inc., or which otherwise govern Qtask, Inc.,'s data held by, for or on behalf of or relating to Scott Rothstein, RRA or any RRA Entity.

17. All documents, including data, information, files, records, files, manuals, supplies, computer data, information, materials and other materials that have been created, used or obtained by Qtask regarding, relating to or for the benefit of Scott Rothstein, RRA or any RRA Entity, including all financial statements, customer sales and marketing information, customer account records, proprietary interests, copyrights, patents, trademarks and other intellectual property rights (including website rights), training and operations material and memoranda, personnel records, pricing information, and financial information

we deliver creative and effective business solutions and counsel
BERGER  SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

and trade secrets concerning or relating to the financial condition, business, accounts, customers, employees and affairs of Scott Rothstein, RRA or any RRA Entity (or any related entity or affiliate thereof) not already requested herein.

2484490-1

we deliver creative and effective business solutions and counsel

BERGER SINGERMAN
attorneys at law

*Boca Raton   Fort Lauderdale   Miami   Tallahassee*

## Andrew M. Hinkes

| | |
|---|---|
| **From:** | Charles H. Lichtman |
| **Sent:** | Tuesday, December 08, 2009 6:24 PM |
| **To:** | russell.mix@qtask.com |
| **Cc:** | Andrew M. Hinkes; hmstettin@bellsouth.net |
| **Subject:** | Rothstein Rosenfeldt & Adler |

**Attachments:** litigation hold and subpoena and notice.pdf

Russell - Thank you for your time so far in speaking with me and my colleague, Drew Hinkes. For the most part, at least on technical computer issues, Drew will be following up with you. Anyway, as we discussed, attached is a Subpoena and Rule 2004 Notice w Duces Tecum re RRA. We appreciate your willingness to accept service of this subpoena by e-mail. At the present time, we do not see a need to have an oral examination, and Drew will work with you to figure out an appropriate legal means to authenticate documents and get access to the computer data itself. Thanks. Chuck



**BERGER SINGERMAN**

GIVING BACK, MOVING FORWARD

### Charles H Lichtman

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 627-9913
E-mail: CLichtman@bergersingerman.com

Boca Raton    Ft. Lauderdale    Miami    Tallahassee
www.bergersingerman.com

## ♻ Please consider the environment before printing this email.

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items a[...]intended or written to be used,

**EXHIBIT**

**B**

1/18/2010

and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1/18/2010



we deliver creative and effective business solutions and counsel

**BERGER  SINGERMAN**
attorneys at law

Boca Raton   Fort Lauderdale   Miami   Tallahassee

Charles H. Lichtman, Esq
Phone: (954) 712-5138
CLichtman@bergersingerman.com

December 8, 2009

<u>VIA FACSIMILE:</u> (818) 562-8410
<u>VIA EMAIL:</u> russell.mix@qtask.com

Mr. Russell Mix
CEO
Qtask, Inc.,
3100 W. Burbank Blvd., Suite 101
Burbank, CA 91505-2348

Re:    In re: Rothstein, Rosenfeldt Adler, Case No. 09-34791-RBR
       Notice of Litigation Hold to Qtask, Inc.,

Dear Mr. Mix:

The undersigned represents Herbert Stettin, Chapter 11 Trustee of Rothstein, Rosenfeldt & Adler
P.A. ("RRA") in CASE NO.: 09-34791-RBR currently pending in the United States Bankruptcy
Court, Southern District of Florida, Fort Lauderdale Division (the "Bankruptcy").

It is important that QTask, Inc. ("Qtask"), and any other related individuals and related entities
immediately suspend all normal destruction practices for any and all documents and evidence
related to RRA, its principals, employees, or any entities affiliated with RRA ("RRA Entities").
Those RRA Entities include, but are not limited to the following:

Scott Walter Rothstein; 29 Bahia, LLC; 235 GC, LLC; 350 LOP #2840; 353BR, LLC; 708
Spangler, LLC; 1012 Broward, LLC; 1198 Dixie, LLC; 1299 Federal, LLC; 2133 IP, LLC,
10630 # 110, LLC; 15158, LLC; AAMG, LLC; AAMG1, LLC; AAMM Holdings, LLC; ABT
Investments, LLC; Advanced Solutions, LLC; Bahia Property Management, LLC; Boat
Management, LLC; BOSM HOLDINGS, LLC; Bova Prime, LLC; Bova Restaurant Group,
LLC; The Bova Group, LLC; Bova Smoke, LLC; BOVCU, LLC; BOVRI, LLC; CI 07, LLC; CI
08, LLC; CI 16, LLC; CI 27, LLC; CSU, LLC; D & D Management & Investment, LLC; D & S
Management and Investment, LLC; DJB Financial Holdings, LLC; DYMMU, LLC; Fifth Court
Financial, LLC; Full Circle Ft. Lauderdale, LLC; GHW1, LLC; IDNLGEAH, LLC; IS
Management, LLC; Judah, LLC; NF Servicing, LLC; NRI 11, LLC; NRI 15, LLC; NS Holdings,
LLC; BFHI, LLC; PK Adventures, LLC; PK'S Wild Ride, Ltd.; Rothstein Family Foundation,
Inc.; RRA Consulting, Inc.; RRA Goal Line Management, LLC; RRA Sports & Entertainment,
LLC; RSA 11th St, LLC; RW Collections, LLC; S&KEA, LLC; SCORH, LLC; VGS, LLC; The
Walter Family, LLC; Walter Industries, LLC; WPBRS, LLC; Ren Group, LLC; CCCN, LLC;
TB22N, LLC; TLBN, LLC; UG, LLC; SPAC Investments, LLC; GBPT, LLC; RET Group,
LLC; REP Group, LLC; REC Group, LLC; REV Group, LLC; VGSI, LLC; QT, LLC; WAWW,
LLC; WAWW 2, LLC; WAWW 3, LLC; WAWW 4, LLC; WAWW 5, LLC; WAWW 6, LLC;
WAWW 7, LLC; WAWW 8, LLC; WAWW 9, LLC; WAWW 10, LLC; WAWW 11, LLC;
WAWW 12, LLC; WAWW 13, LLC; WAWW 14, LLC; WAWW 15, LLC; WAWW 16, LLC;

December 8, 2009
Page 2

WAWW 17, LLC; WAWW 18, LLC; WAWW 19, LLC; WAWW 20, LLC; WAWW 21, LLC; WAWW 22, LLC; MRISC, LLC; RES Group, LLC; JJ Finance Holdings, LLC; MLC 350, LLC; and JB Boca M Holdings, LLC and includes any and all agents, employees, servants, officers, directors, attorneys and any other person or entity acting or purporting to act on his behalf.

Qtask's immediate cessation of any destruction of data, documents or information regarding RRA and the RRA Entities is necessary to avoid any allegations and negative ramifications from the destruction (inadvertent or otherwise) of relevant evidence.

Please ensure that all hard copy and electronic documents currently maintained or hereinafter created by Qtask, and its affiliated entities that may in any way relate to RRA or the RRA Entities be immediately preserved and retained until the conclusion of the Bankruptcy. This request encompasses all relevant hard copy and electronic documents, even if the same document exists in multiple formats, and expressly includes all archives, backups, legacy systems, removable media, and portable devices which store any such documents.

Please circulate the following instructions to all IT personnel and any personnel of Qtask and any other related individuals and other related entities who may have any relevant documents or information relating in any way to the Bankruptcy. If Qtask and any other related entities maintain shared files (e.g., central filing for a given department) that may be relevant to the Bankruptcy, please circulate these instructions to all personnel in that department. Collectively, the above-described individuals are referred to herein as "Affected Personnel."

1.  Do not delete or destroy any documents (hard copy or electronic) relating in any way to the Bankruptcy, RRA or any RRA Entities.

2.  Suspend all routine electronic document deletion and media recycling as well as stop any data compressions, disk de-fragmentation or optimization routines for all Affected Personnel. This includes suspending any automatic deletion or purging rules for Microsoft Outlook (or similar email program) or any other program that includes an automatic deletion, purging, archive or defragmentation function.

3.  Retain and preserve all backup tapes or other storage media, whether on-line or off-line, that may contain relevant documents or information relating to the Dispute, and refrain from overwriting or deleting information contained thereon. All existing backup tapes that may contain any relevant documents or information relating in any way to the Bankruptcy must be held aside and not recycled and no electronic media storage device that may contain relevant documents or information relating to the Bankruptcy should be disposed of as a consequence of failure or system upgrade.

4.  Do not remove, repair or otherwise alter any computer, blackberry, smartphone, removable media or other electronic device used by any Affected Personnel without consultation with counsel.

5.  Suspend all routine hard copy document recycling or destruction for all Affected Personnel. This includes any scheduled destruction of off-site storage documents that may relate to the Bankruptcy.

December 8, 2009
Page 3

If you have any questions regarding anything that has been addressed above, or would like to discuss this matter further, please contact my office. Thank you in advance for your prompt attention to this matter.

Sincerely,

BERGER SINGERMAN

Charles H. Lichtman

CC: Hon. Herbert Stettin, Trustee

we deliver creative and effective business solutions and counsel

BERGER   SINGERMAN
attorneys at law

Boca Raton   Fort Lauderdale   Miami   Tallahassee

2484421.1

qtask

Global | Projects    RRA Shareholders
                                    Recent

Manage team (9)

Radler   Dboden   Stuart   Carlos   Carl   Grant   Steven   Les   Marc

Calendar, Dashboard, Discussions (1), Files, Tasks,   ✐

Refresh Discussions                                                                                                     More ▼ ¦ Options

Filtered by project "RRA Shareholders" ► History + ( Forums ) ► Topic ► Shareholder Chat

**Clear thread**     Type your message here. Press [Ctrl] + [Return] to post the message from the keyboard.              Create topic ¦ Rename topic
Undo ¦ Redo                                                                                                             🗩 Forum

☆ Unread (1)      📎 Attach files                                                              [Ctrl]+[Return]            Project  RRA Shareholders
🔥 Hot (0)
📧 History        ┌─────────┬──────────────────────────────────────────────────────────────┬──────────┐              Topic  Shareholder Chat
                 │         │ how are we doing with getting everyone on qtask for shareholders  │ 7/7/08   │              Total  25 messages
☐ Meetings       │  Scott  │ chats???                                                         │ ❄ Cold ▼ │
☐ Forums         │ More ▼  │                                                                  │ ⁂ Read   │
☐ Tasks          ├─────────┼──────────────────────────────────────────────────────────────┼──────────┤
☐ Compliances    │         │ Okay, no problem...... lets fire it up!                          │ 2/7/08   │
                 │ Radler  │                                                                  │ ❄ Cold ▼ │
By user          │ More ▼  │                                                                  │ ⁑ Read   │
By title         ├─────────┼──────────────────────────────────────────────────────────────┼──────────┤
By date (-30d)   │         │ russ....please go to each shareholder and personally show them    │ 2/7/08   │
                 │         │ how to get on the system.  please tell them that i specifically   │ ❄ Cold ▼ │
                 │  Scott  │ asked you to assist as i want everyone on qtask for all           │ ⁑ Read   │
                 │ More ▼  │ confidential shareholder data. for those of you that do not       │          │
                 │         │ know...this is the only secure system we can chat on......email is │          │
                 │         │ not secure and can be read by i.t.                                │          │
                 └─────────┴──────────────────────────────────────────────────────────────┴──────────┘



EXHIBIT

C

Case 09-34791-RAM   Doc 302   Filed 02/09/10   Page 28 of 51

Case 09-34791-RAM   Doc 302   Filed 02/09/10   Page 29 of 51

# qtask

Global ¦ Projects   RRA Lobby
Recent

Search...
Advanced

Manage team (133)   Waiting to accept Invite (5)

| Sheyenne | Gene | Rob | Reichart | Radler | Chrissi | Dboden | marybeth | Russell | seth | Stuart | Christina | Norka | Carlos | Krosenf... | UNCLE ... | Kip | Carl | Addie | Lee | Ingrid | Grant | Mike | Steve | Beth | Lonnie |

Calendar (1), Dashboard, Discussions (455), Files, Tasks,

Refresh Discussions

More ▼ ¦ Options

Filtered by project "RRA Lobby" ► History + ( Forums ) ► Topic ► RRA Lobby General Chat

**Clear thread**
Undo ¦ Redo

☆ Unread (455)
🔥 Hot (0)
History

☐ Meetings
☐ Forums
☐ Tasks
☐ Compliances

By user
By title
By date

Type your message here. Press [Ctrl] + [Return] to post the message from the keyboard.

🖉 Attach files

[Ctrl]+[Return]

Create topic ¦ Rename topic
Forum

Project  RRA Lobby

Topic  RRA Lobby
General Chat

Total  166 messages

**Russell**
More ▼

inviting outsiders to projects like QHR and QLegal is fine.  I suggest that you not invite them to RRA Investment or similar.

6/8/07
❄ Cold ▼
Read

**Scott**
More ▼

radler.....invite george and frank to our other projects so they can complete their due diligence and so we can move forward at a faster pace.
thanks,
ciao

5/8/07
❄ Cold ▼
Read

**Reichart**
More ▼

You should put competition links here (or in QLegal).

31/7/07
❄ Cold ▼
Read



EXHIBIT
D
tabbies

Case 09-34791-RAM  Doc 302  Filed 02/09/10  Page 30 of 51

**qtask**

Global | Projects | BOD (Qtask)
Recent

Search...
Advanced

Manage team (5)

Dboden   Reichart   Shelley   Russell   Scott

Calendar, Dashboard, Discussions (4), Files, Tasks, ✎

Refresh Discussions                                                                                          More ▼ | Options

Filtered by project "BOD (Qtask)" ► History + ( Forums ) ► Topic ► General

Type your message here. Press [Ctrl] + [Return] to post the message from the keyboard.

Undo | Redo

✎ Attach files                                                                            [Ctrl]+[Return]

⭐ Unread (4)
🔥 Hot (0)
History

| | | |
|---|---|---|
| More ▼ | "500 million of the money in the hedge fund right now is his personal money."<br>Cool. | 12/4/08<br>❄ Cold ▼<br>Read |

☐ Meetings
☐ Forums
☐ Tasks
☐ Compliances

| | | |
|---|---|---|
| Scott<br>More ▼ | I plan on burning my cell phone and simply buying a new one as soon as the meeting is over......i suggest new york as it some place we can have a little fun and also be away from any distraction other than the distractions we want.....<br>your thoughts.<br>also, met with doug van allman....friend of mine and client that sold his hair care business to redken for just over a billion dollars. he is amazed by qtask and we should probably get him a demo by reichart.......<br>he started a hedge fund over the last few years and is looking for solid investments......we can count on him to always do the right thing as 500 million of the money in the hedge fund right now is his personal money. your thoughts.<br>keep me posted.<br>ciao | 12/4/08<br>❄ Cold ▼<br>Read |

By user
By title
By date

| | | |
|---|---|---|
| Russell | Hello Scott, a retreat any where is always a good idea, as long as all of us check/shut off our cell phones for set periods of time, thus limiting as many distractions as possible. The next few weeks are a bit tight, but feasible, as long as we are in LA for the time gathering April 22 - 25. What schedule seems to work for you? | 1/4/08<br>❄ Cold ▼<br>Read |

Create topic | Rename topic
🗨 Forum

Project  BOD (Qtask)
Topic  General
Total  53 messages



**EXHIBIT**
**ε**
tabbies®

## Andrew M. Hinkes

**From:** Andrew M. Hinkes
**Sent:** Wednesday, January 06, 2010 6:14 PM
**To:** Russell Mix
**Cc:** Andrew M. Hinkes; Charles H. Lichtman; Lisa Webster
**Subject:** RE: SPAM!!!!:   Qtask deposition

Mr Mix-
Please provide me with additional dates in the next two (2) weeks when you are available
for your deposition.

Thank you,
Andrew M Hinkes
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Fax:  (954) 523-2872
Direct Line:  (954) 712-5143
E-mail:  AHinkes@bergersingerman.com

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged. If this information is received by anyone other than the named and
intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by
telephone at the phone number of the sender listed on the email and obtain instructions as
to the disposal of the transmitted material. In no event shall this material be read,
used, copied, reproduced, stored or retained by anyone other than the named addressee(s),
except with the express consent of the sender or the named addressee(s). Thank you.
*****************************************************************************************
************************************************************************

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion."  We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.


*****************************************************************************************
***********************************************************************

-----Original Message-----
From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Wednesday, January 06, 2010 3:39 PM
To: Andrew M. Hinkes
Subject: SPAM!!!!: Qtask deposition

Skype is our only flexible video service, although we could use Go To Meeting or something
similar.

Russell Mix

-----Original Message-----
From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Wednesday, January 06, 2010 11:53 AM
To: Russell Mix



EXHIBIT
7

Cc: Charles H. Lichtman; Lisa Webster
Subject: SPAM!!!!: SPAM!!!!: RE: SPAM!!!!: Qtask deposition

Mr. Mix-
Please advise if you have videoconferencing equipment available to you at your current location.
Thank you,
Click here to view my BIO
<http://www.bergersingerman.com/index.php?action=attdetails&id=104>


Andrew M Hinkes

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5143
E-mail: AHinkes@bergersingerman.com

<mailto:AHinkes@bergersingerman.com>    Boca Raton
<http://maps.yahoo.com/maps_result?addr=2650+N.+Military+Trail&csz=Boca+
Raton%2C+Fl&country=us&new=1&name=&qty=>    Ft. Lauderdale
<http://maps.yahoo.com/maps_result?addr=350+E.+Las+Olas+Blvd&csz=Ft.+LAu
derdale%2C+Fl+33301&country=us&new=1&name=&qty=>    Miami
<http://maps.yahoo.com/maps_result?addr=200+S.+Biscayne+Blvd&csz=Miami%2
C+Fl&country=us&new=1&name=&qty=>    Tallahassee
<http://maps.yahoo.com/maps_result?addr=315+S.+Calhoun+Street&csz=Tallah
assee%2C+Fl&country=us&new=1&name=&qty=>

www.bergersingerman.com <http://www.bergersingerman.com/>

P Please consider the environment before printing this email.


This transmission is intended to be delivered only to the named
addressee(s) and may contain information that is confidential, proprietary, attorney work-
product or attorney-client privileged. If this information is received by anyone other
than the named and intended addressee(s), the recipient should immediately notify the
sender by E-MAIL and by telephone at the phone number of the sender listed on the email
and obtain instructions as to the disposal of the transmitted material. In no event shall
this material be read, used, copied, reproduced, stored or retained by anyone other than
the named addressee(s), except with the express consent of the sender or the named
addressee(s). Thank you.

*******************************************************************
*******************************************************************
**********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion."  We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or
(ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

*******************************************************************
*******************************************************************
**********

2

From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Wednesday, January 06, 2010 2:51 PM
To: Andrew M. Hinkes
Cc: Charles H. Lichtman; Russell Mix
Subject: SPAM!!!!: Qtask deposition


Hello Drew,

    Would you please provide me with an update and the rescheduled date for this
examination.   Since we have not received plane tickets or any information on travel, as
most recently discussed in my email of Dec 21st, clearly I will not be in Fort Lauderdale
tomorrow.   We are still committed to helping the Trustee, but since our funding
terminated, we are on life support and have no monies available for outstanding payroll
obligations, let alone travel to Florida.



I look forward to hearing from you soonest, to reschedule this or to get you started
within the Qtask service itself to advance your efforts on behalf of RRA.



All the best,



Russell

From: Russell Mix
Sent: Monday, December 21, 2009 4:22 PM
To: 'Andrew M. Hinkes'
Cc: 'Charles H. Lichtman'
Subject: RE: Qtask deposition



Drew,

I can be available on January 7th, but as we previously discussed, the Trustee will have
to provide the airline ticket(s) (as well as hotel
arrangements) to take me from Burbank to Fort Lauderdale and back.



All the best,



Russell



From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Monday, December 21, 2009 3:44 PM
To: Russell Mix
Cc: Andrew M. Hinkes; Charles H. Lichtman
Subject: Qtask deposition


Mr. Mix-

We intend to reset your deposition for January 7, 2009. Please confirm that you are

3

available on that date.

Thank you,


<http://www.bergersingerman.com/index.php?action=attdetails&id=104>




Andrew M Hinkes

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5143
E-mail: AHinkes@bergersingerman.com

<mailto:AHinkes@bergersingerman.com>    Boca Raton
<http://maps.yahoo.com/maps_result?addr=2650+N.+Military+Trail&csz=Boca+
Raton%2C+Fl&country=us&new=1&name=&qty=>    Ft. Lauderdale
<http://maps.yahoo.com/maps_result?addr=350+E.+Las+Olas+Blvd&csz=Ft.+LAu
derdale%2C+Fl+33301&country=us&new=1&name=&qty=>    Miami
<http://maps.yahoo.com/maps_result?addr=200+S.+Biscayne+Blvd&csz=Miami%2
C+Fl&country=us&new=1&name=&qty=>    Tallahassee
<http://maps.yahoo.com/maps_result?addr=315+S.+Calhoun+Street&csz=Tallah
assee%2C+Fl&country=us&new=1&name=&qty=>




<http://www.bergersingerman.com/>


P Please consider the environment before printing this email.



This transmission is intended to be delivered only to the named
addressee(s) and may contain information that is confidential, proprietary, attorney work-
product or attorney-client privileged. If this information is received by anyone other
than the named and intended addressee(s), the recipient should immediately notify the
sender by E-MAIL and by telephone at the phone number of the sender listed on the email
and obtain instructions as to the disposal of the transmitted material. In no event shall
this material be read, used, copied, reproduced, stored or retained by anyone other than
the named addressee(s), except with the express consent of the sender or the named
addressee(s). Thank you.

****************************************************************************
****************************************************************************
**********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion." We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or

4

(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

************************************************************************
************************************************************************
**********

## Andrew M. Hinkes

| | |
|---|---|
| **From:** | Andrew M. Hinkes |
| **Sent:** | Thursday, January 07, 2010 10:36 AM |
| **To:** | Russell Mix |
| **Cc:** | Andrew M. Hinkes |
| **Subject:** | RE: SPAM!!!!:   Qtask deposition |

Mr. Mix-
Dates when you are available via phone, teleconference and/ or in person.
Thank you,

Andrew M Hinkes
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Fax:  (954) 523-2872
Direct Line:  (954) 712-5143
E-mail:  AHinkes@bergersingerman.com

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged. If this information is received by anyone other than the named and
intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by
telephone at the phone number of the sender listed on the email and obtain instructions as
to the disposal of the transmitted material. In no event shall this material be read,
used, copied, reproduced, stored or retained by anyone other than the named addressee(s),
except with the express consent of the sender or the named addressee(s). Thank you.
*********************************************************************************************
*********************************************************************

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion."  We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.

*********************************************************************************************
*********************************************************************

-----Original Message-----
From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Thursday, January 07, 2010 1:03 AM
To: Andrew M. Hinkes
Subject: SPAM!!!!: Qtask deposition

Drew,
Are you asking about availability in person or via conferencing facility?

Russell Mix

-----Original Message-----
From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Wednesday, January 06, 2010 3:14 PM
To: Russell Mix
Cc: Andrew M. Hinkes; Charles H. Lichtman; Lisa Webster

1

Subject: SPAM!!!!: SPAM!!!!: RE: SPAM!!!!: Qtask deposition

Mr Mix-
Please provide me with additional dates in the next two (2) weeks when you are available
for your deposition.

Thank you,
Andrew M Hinkes
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Fax:  (954) 523-2872
Direct Line:  (954) 712-5143
E-mail:  AHinkes@bergersingerman.com

This transmission is intended to be delivered only to the named
addressee(s) and may contain information that is confidential, proprietary, attorney work-
product or attorney-client privileged. If this information is received by anyone other
than the named and intended addressee(s), the recipient should immediately notify the
sender by E-MAIL and by telephone at the phone number of the sender listed on the email
and obtain instructions as to the disposal of the transmitted material. In no event shall
this material be read, used, copied, reproduced, stored or retained by anyone other than
the named addressee(s), except with the express consent of the sender or the named
addressee(s). Thank you.
*****************************************************************************
*****************************************************************************
**********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion."  We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or
(ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.


*****************************************************************************
*****************************************************************************
**********


-----Original Message-----
From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Wednesday, January 06, 2010 3:39 PM
To: Andrew M. Hinkes
Subject: SPAM!!!!: Qtask deposition

Skype is our only flexible video service, although we could use Go To Meeting or something
similar.

Russell Mix

-----Original Message-----
From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Wednesday, January 06, 2010 11:53 AM
To: Russell Mix
Cc: Charles H. Lichtman; Lisa Webster
Subject: SPAM!!!!: SPAM!!!!: RE: SPAM!!!!: Qtask deposition

Mr. Mix-
Please advise if you have videoconferencing equipment available to you at your current

2

location.
Thank you,
Click here to view my BIO
<http://www.bergersingerman.com/index.php?action=attdetails&id=104>


Andrew M Hinkes

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5143
E-mail: AHinkes@bergersingerman.com

<mailto:AHinkes@bergersingerman.com>    Boca Raton
<http://maps.yahoo.com/maps_result?addr=2650+N.+Military+Trail&csz=Boca+
Raton%2C+Fl&country=us&new=1&name=&qty=>    Ft. Lauderdale
<http://maps.yahoo.com/maps_result?addr=350+E.+Las+Olas+Blvd&csz=Ft.+LAu
derdale%2C+Fl+33301&country=us&new=1&name=&qty=>    Miami
<http://maps.yahoo.com/maps_result?addr=200+S.+Biscayne+Blvd&csz=Miami%2
C+Fl&country=us&new=1&name=&qty=>    Tallahassee
<http://maps.yahoo.com/maps_result?addr=315+S.+Calhoun+Street&csz=Tallah
assee%2C+Fl&country=us&new=1&name=&qty=>

www.bergersingerman.com <http://www.bergersingerman.com/>

P Please consider the environment before printing this email.


This transmission is intended to be delivered only to the named
addressee(s) and may contain information that is confidential, proprietary, attorney work-
product or attorney-client privileged. If this information is received by anyone other
than the named and intended addressee(s), the recipient should immediately notify the
sender by E-MAIL and by telephone at the phone number of the sender listed on the email
and obtain instructions as to the disposal of the transmitted material. In no event shall
this material be read, used, copied, reproduced, stored or retained by anyone other than
the named addressee(s), except with the express consent of the sender or the named
addressee(s). Thank you.

*************************************************************************
*************************************************************************
**********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion."  We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or
(ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

*************************************************************************
*************************************************************************
**********



From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Wednesday, January 06, 2010 2:51 PM
To: Andrew M. Hinkes

3

Cc: Charles H. Lichtman; Russell Mix
Subject: SPAM!!!!: Qtask deposition

Hello Drew,

   Would you please provide me with an update and the rescheduled date for this examination.  Since we have not received plane tickets or any information on travel, as most recently discussed in my email of Dec 21st, clearly I will not be in Fort Lauderdale tomorrow.  We are still committed to helping the Trustee, but since our funding terminated, we are on life support and have no monies available for outstanding payroll obligations, let alone travel to Florida.

I look forward to hearing from you soonest, to reschedule this or to get you started within the Qtask service itself to advance your efforts on behalf of RRA.

All the best,

Russell

From: Russell Mix
Sent: Monday, December 21, 2009 4:22 PM
To: 'Andrew M. Hinkes'
Cc: 'Charles H. Lichtman'
Subject: RE: Qtask deposition

Drew,

I can be available on January 7th, but as we previously discussed, the Trustee will have to provide the airline ticket(s) (as well as hotel arrangements) to take me from Burbank to Fort Lauderdale and back.

All the best,

Russell

From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Monday, December 21, 2009 3:44 PM
To: Russell Mix
Cc: Andrew M. Hinkes; Charles H. Lichtman
Subject: Qtask deposition

Mr. Mix-

We intend to reset your deposition for January 7, 2009. Please confirm that you are available on that date.

Thank you,

4

<http://www.bergersingerman.com/index.php?action=attdetails&id=104>

Andrew M Hinkes

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5143
E-mail: AHinkes@bergersingerman.com

<mailto:AHinkes@bergersingerman.com>    Boca Raton
<http://maps.yahoo.com/maps_result?addr=2650+N.+Military+Trail&csz=Boca+
Raton%2C+Fl&country=us&new=1&name=&qty=>    Ft. Lauderdale
<http://maps.yahoo.com/maps_result?addr=350+E.+Las+Olas+Blvd&csz=Ft.+LAu
derdale%2C+Fl+33301&country=us&new=1&name=&qty=>    Miami
<http://maps.yahoo.com/maps_result?addr=200+S.+Biscayne+Blvd&csz=Miami%2
C+Fl&country=us&new=1&name=&qty=>    Tallahassee
<http://maps.yahoo.com/maps_result?addr=315+S.+Calhoun+Street&csz=Tallah
assee%2C+Fl&country=us&new=1&name=&qty=>

<http://www.bergersingerman.com/>

P Please consider the environment before printing this email.

This transmission is intended to be delivered only to the named
addressee(s) and may contain information that is confidential, proprietary, attorney work-
product or attorney-client privileged. If this information is received by anyone other
than the named and intended addressee(s), the recipient should immediately notify the
sender by E-MAIL and by telephone at the phone number of the sender listed on the email
and obtain instructions as to the disposal of the transmitted material. In no event shall
this material be read, used, copied, reproduced, stored or retained by anyone other than
the named addressee(s), except with the express consent of the sender or the named
addressee(s). Thank you.

*****************************************************************************
*****************************************************************************
**********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion." We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or
(ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

*****************************************************************************
*****************************************************************************

**********

## Andrew M. Hinkes

| | |
|---|---|
| **From:** | Andrew M. Hinkes |
| **Sent:** | Friday, January 08, 2010 10:32 AM |
| **To:** | Andrew M. Hinkes |
| **Cc:** | Andrew M. Hinkes; Charles H. Lichtman |
| **Subject:** | Qtask deposition |

Mr. Mix-
I did not receive a response to my email sent to you yesterday (see below).
Please provide me with additional dates in the next two (2) weeks when you are available
for your deposition.
Thank you,
Andrew M Hinkes
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Fax:  (954) 523-2872
Direct Line:  (954) 712-5143
E-mail:  AHinkes@bergersingerman.com

This transmission is intended to be delivered only to the named addressee(s) and may
contain information that is confidential, proprietary, attorney work-product or attorney-
client privileged. If this information is received by anyone other than the named and
intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by
telephone at the phone number of the sender listed on the email and obtain instructions as
to the disposal of the transmitted material. In no event shall this material be read,
used, copied, reproduced, stored or retained by anyone other than the named addressee(s),
except with the express consent of the sender or the named addressee(s). Thank you.
*****************************************************************************************
****************************************************************

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion." We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or (ii) promoting, marketing or recommending to another party any transaction or
matter addressed herein.



*****************************************************************************************
****************************************************************


-----Original Message-----
From: Andrew M. Hinkes
Sent: Thursday, January 07, 2010 10:36 AM
To: Russell Mix
Cc: Andrew M. Hinkes
Subject: RE: SPAM!!!!: Qtask deposition

Mr. Mix-
Dates when you are available via phone, teleconference and/ or in person.
Thank you,

Andrew M Hinkes
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301

1

Telephone:   (954) 525-9900
Fax:   (954) 523-2872
Direct Line:   (954) 712-5143
E-mail:   AHinkes@bergersingerman.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.
*****************************************************************************************
*************************************************************

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion."  We have not conducted, nor have we been asked to conduct, that type of analysis in this communication.  To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


*****************************************************************************************
*************************************************************


-----Original Message-----
From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Thursday, January 07, 2010 1:03 AM
To: Andrew M. Hinkes
Subject: SPAM!!!!: Qtask deposition

Drew,
Are you asking about availability in person or via conferencing facility?

Russell Mix

-----Original Message-----
From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Wednesday, January 06, 2010 3:14 PM
To: Russell Mix
Cc: Andrew M. Hinkes; Charles H. Lichtman; Lisa Webster
Subject: SPAM!!!!: SPAM!!!!: RE: SPAM!!!!: Qtask deposition

Mr Mix-
Please provide me with additional dates in the next two (2) weeks when you are available for your deposition.

Thank you,
Andrew M Hinkes
350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone:  (954) 525-9900
Fax:  (954) 523-2872
Direct Line:  (954) 712-5143
E-mail:  AHinkes@bergersingerman.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other

2

than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.
****************************************************************************
****************************************************************************
*********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



****************************************************************************
****************************************************************************
*********


-----Original Message-----
From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Wednesday, January 06, 2010 3:39 PM
To: Andrew M. Hinkes
Subject: SPAM!!!!: Qtask deposition

Skype is our only flexible video service, although we could use Go To Meeting or something similar.

Russell Mix

-----Original Message-----
From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Wednesday, January 06, 2010 11:53 AM
To: Russell Mix
Cc: Charles H. Lichtman; Lisa Webster
Subject: SPAM!!!!: SPAM!!!!: RE: SPAM!!!!: Qtask deposition

Mr. Mix-
Please advise if you have videoconferencing equipment available to you at your current location.
Thank you,
Click here to view my BIO
<http://www.bergersingerman.com/index.php?action=attdetails&id=104>


Andrew M Hinkes

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5143
E-mail: AHinkes@bergersingerman.com

<mailto:AHinkes@bergersingerman.com>    Boca Raton
<http://maps.yahoo.com/maps_result?addr=2650+N.+Military+Trail&csz=Boca+

3

Raton%2C+Fl&country=us&new=1&name=&qty=>     Ft. Lauderdale
<http://maps.yahoo.com/maps_result?addr=350+E.+Las+Olas+Blvd&csz=Ft.+LAu
derdale%2C+Fl+33301&country=us&new=1&name=&qty=>     Miami
<http://maps.yahoo.com/maps_result?addr=200+S.+Biscayne+Blvd&csz=Miami%2
C+Fl&country=us&new=1&name=&qty=>     Tallahassee
<http://maps.yahoo.com/maps_result?addr=315+S.+Calhoun+Street&csz=Tallah
assee%2C+Fl&country=us&new=1&name=&qty=>

www.bergersingerman.com <http://www.bergersingerman.com/>

P Please consider the environment before printing this email.


This transmission is intended to be delivered only to the named
addressee(s) and may contain information that is confidential, proprietary, attorney work-
product or attorney-client privileged. If this information is received by anyone other
than the named and intended addressee(s), the recipient should immediately notify the
sender by E-MAIL and by telephone at the phone number of the sender listed on the email
and obtain instructions as to the disposal of the transmitted material. In no event shall
this material be read, used, copied, reproduced, stored or retained by anyone other than
the named addressee(s), except with the express consent of the sender or the named
addressee(s). Thank you.

*****************************************************************************
*****************************************************************************
**********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion."  We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or
(ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

*****************************************************************************
*****************************************************************************
**********


_____

From: Russell Mix [mailto:russell.mix@qtask.com]
Sent: Wednesday, January 06, 2010 2:51 PM
To: Andrew M. Hinkes
Cc: Charles H. Lichtman; Russell Mix
Subject: SPAM!!!!: Qtask deposition


Hello Drew,

    Would you please provide me with an update and the rescheduled date for this
examination.  Since we have not received plane tickets or any information on travel, as
most recently discussed in my email of Dec 21st, clearly I will not be in Fort Lauderdale
tomorrow.  We are still committed to helping the Trustee, but since our funding
terminated, we are on life support and have no monies available for outstanding payroll
obligations, let alone travel to Florida.


I look forward to hearing from you soonest, to reschedule this or to get you started
within the Qtask service itself to advance your efforts on behalf of RRA.

4

All the best,


Russell

From: Russell Mix
Sent: Monday, December 21, 2009 4:22 PM
To: 'Andrew M. Hinkes'
Cc: 'Charles H. Lichtman'
Subject: RE: Qtask deposition


Drew,

I can be available on January 7th, but as we previously discussed, the Trustee will have
to provide the airline ticket(s) (as well as hotel
arrangements) to take me from Burbank to Fort Lauderdale and back.


All the best,


Russell


From: Andrew M. Hinkes [mailto:AHinkes@bergersingerman.com]
Sent: Monday, December 21, 2009 3:44 PM
To: Russell Mix
Cc: Andrew M. Hinkes; Charles H. Lichtman
Subject: Qtask deposition


Mr. Mix-

We intend to reset your deposition for January 7, 2009. Please confirm that you are
available on that date.

Thank you,


  <http://www.bergersingerman.com/index.php?action=attdetails&id=104>




Andrew M Hinkes

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL  33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5143
E-mail: AHinkes@bergersingerman.com

5

<mailto:AHinkes@bergersingerman.com>   Boca Raton
<http://maps.yahoo.com/maps_result?addr=2650+N.+Military+Trail&csz=Boca+
Raton%2C+Fl&country=us&new=1&name=&qty=>   Ft. Lauderdale
<http://maps.yahoo.com/maps_result?addr=350+E.+Las+Olas+Blvd&csz=Ft.+LAu
derdale%2C+Fl+33301&country=us&new=1&name=&qty=>   Miami
<http://maps.yahoo.com/maps_result?addr=200+S.+Biscayne+Blvd&csz=Miami%2
C+Fl&country=us&new=1&name=&qty=>   Tallahassee
<http://maps.yahoo.com/maps_result?addr=315+S.+Calhoun+Street&csz=Tallah
assee%2C+Fl&country=us&new=1&name=&qty=>


<http://www.bergersingerman.com/>


P Please consider the environment before printing this email.


This transmission is intended to be delivered only to the named
addressee(s) and may contain information that is confidential, proprietary, attorney work-
product or attorney-client privileged. If this information is received by anyone other
than the named and intended addressee(s), the recipient should immediately notify the
sender by E-MAIL and by telephone at the phone number of the sender listed on the email
and obtain instructions as to the disposal of the transmitted material. In no event shall
this material be read, used, copied, reproduced, stored or retained by anyone other than
the named addressee(s), except with the express consent of the sender or the named
addressee(s). Thank you.

**************************************************************************
**************************************************************************
**********

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as
such term is defined within Circular 230, and does not comply with the requirements for a
"covered opinion."  We have not conducted, nor have we been asked to conduct, that type of
analysis in this communication.  To ensure compliance with requirements imposed by the
IRS, we must inform you that any U.S. federal tax advice contained in this communication
(including any documents or items appended herein) is not intended or written to be used,
and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue
Code or
(ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

**************************************************************************
**************************************************************************
**********

6

## Andrew M. Hinkes

| | |
|---|---|
| **From:** | Andrew M. Hinkes |
| **Sent:** | Wednesday, January 13, 2010 11:53 AM |
| **To:** | russell.mix@qtask.com |
| **Cc:** | Andrew M. Hinkes; Charles H. Lichtman |
| **Subject:** | Correspondence from Trustee Herbert Stettin to Qtask |

**Attachments:** scan file.pdf

Mr. Mix-
See the attached correspondence from counsel for the Trustee.
Thank you,

BIO

BERGER SINGERMAN
CELEBRATING 25 YEARS
GIVING BACK, MOVING FORWARD

**Andrew M Hinkes**

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5143
E-mail: AHinkes@bergersingerman.com

**Boca Raton    Ft. Lauderdale    Miami    Tallahassee**
www.bergersingerman.com

**Please consider the environment before printing this email.**

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1/20/2010



we deliver creative and effective business solutions and counsel

# BERGER SINGERMAN
attorneys at law

*Boca Raton Fort Lauderdale Miami Tallahassee*

Andrew M. Hinkes, Esq
Phone: (954) 712-5138
AHinkes@bergersingerman.com

January 13, 2009

**VIA FACSIMILE: (818) 562-8410**
**VIA EMAIL: russell.mix@qtask.com**

Mr. Russell Mix,
CEO
Qtask, Inc.,
3100 W. Burbank Blvd., Suite 101
Burbank, CA 91505-2348

Re:     In re: Rothstein, Rosenfeldt, Adler, Case No. 09-34791-RBR
          Subpoena to Qtask

Dear Mr. Mix:

As you know, the undersigned represents Herbert Stettin, Chapter 11 Trustee of Rothstein, Rosenfeldt & Adler P.A. ("RRA") in CASE NO.: 09-34791-RBR currently pending in the United States Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division (the "Bankruptcy").

As you are aware, the subpoena served upon Qtask, Inc., ("Qtask") required Qtask's compliance by producing documents called for in the attached duces tecum list no later than December 22, 2009. As of today's date, we have received no documents from Qtask. Further, we have continually tried to accommodate you in the scheduling of your deposition. However, you have entirely failed to respond to phone calls or emails sent to you about your deposition or providing these documents without testimony since January 7, 2010.

The Trustee must have Qtask's responsive documents **today**. You must remit all responsive documents in Qtask's possession, custody or control forthwith. If we do not receive documents from you today, we will have no choice but to take all legal action available against Qtask to compel its and your personal compliance with the Court's subpoena.

350 East Las Olas Boulevard  Suite 1000  Fort Lauderdale, Florida 33301  Telephone 954-525-9900  Facsimile 954-523-2872

January 13, 2010
Page 2

Please contact me upon your receipt of this letter to arrange for the immediate production of Qtask's responsive documents.

Sincerely,

BERGER SINGERMAN

Andrew M. Hinkes

cc:    Hon. Herbert Stettin, Trustee
       Charles H. Licthman, Esq.

we deliver creative and effective business solutions and counsel

BERGER  SINGERMAN
attorneys at law

2484421.1

Boca Raton   Fort Lauderdale   Miami   Tallahassee

## Andrew M. Hinkes

**From:** Charles H. Lichtman

**Sent:** Wednesday, February 03, 2010 5:27 PM

**To:** Russell Mix

**Cc:** Andrew M. Hinkes

**Subject:** I cannot believe you again broke your promse to us. I am REALLY unhappy.



**Charles H Lichtman**

350 East Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Fax: (954) 523-2872

Direct Line: (954) 712-5138
E-mail: CLichtman@bergersingerman.com

Boca Raton    Ft. Lauderdale    Miami    Tallahassee

www.bergersingerman.com

**Please consider the environment before printing this email.**

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIRCULAR 230 DISCLAIMER: This communication does not constitute a "covered opinion" as such term is defined within Circular 230, and does not comply with the requirements for a "covered opinion." We have not conducted, nor have we been asked to conduct, that type of analysis in this communication. To ensure compliance with requirements imposed by the IRS, we must inform you that any U.S. federal tax advice contained in this communication (including any documents or items appended herein) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2/9/2010