UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                    CASE NO.:  09-34791-BKC-RBR

ROTHSTEIN ROSENFELDT ADLER, P.A.,[1]            CHAPTER 11

     Debtor.
_____/

**CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF AN ORDER APPROVING AMENDED MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE CHAPTER 11 TRUSTEE AND ROGER STONE AND DRAKE VENTURES, LLC**

     Herbert Stettin ("Stettin" or "Trustee"), the Chapter 11 Trustee of Rothstein Rosenfeldt Alder, P.A. ("RRA" or "Debtor"), filed the Motion to Approve Settlement Agreement Between the Chapter 11 Trustee and Roger Stone and Drake Ventures, LLC [D.E. #4063] on March 15, 2013, pursuant to Local Rule 9013-1(D) (the "Settlement Motion").  The Trustee represents as follows:

     1.    The Settlement Motion and proposed order were timely served on all interested parties pursuant to the referenced rule as shown on the certificate of service previously filed with the Settlement Motion.

     2.    The Settlement Motion contained the bulletin required by the referenced rule.

     3.    The deadline for responses to the Settlement Motion was April 5, 2013.

---

[1] The address and last four digits of the taxpayer identification number of the Debtor, Rothstein Rosenfeldt Adler, P.A., is 6600 NW 16th Street, Suite 11, Plantation, FL 33313 (TIN 7961).

4266297-6

4.    No objections to or requests for hearing on the motion have been received, and as of April 9, 2013, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the Settlement Motion have been filed.

**WHEREFORE**, the Trustee seeks the entry an order, in the form which accompanies this certificate, granting the requested relief.

Dated: April 9, 2013.                                                     Respectfully submitted,

                                                                          BERGER SINGERMAN LLP
                                                                          Attorneys for the Trustee, Herbert Stettin
                                                                          Berger Singerman LLP
                                                                          350 East Las Olas Blvd.
                                                                          Suite 1000
                                                                          Fort Lauderdale, Florida 33301
                                                                          Main Line: (954) 525-9900
                                                                          Facsimile: (954) 523-2872

                                                                          By: */s/ Charles H. Lichtman*
                                                                              Charles H. Lichtman
                                                                              Fla. Bar No. 501050
                                                                              clichtman@bergersingerman.com